Prob 35 (Rev. 05/01)
VAE (Rev. 05/17)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                                Crim. No. 1:15CR00123-001

FRANK BRIAN AMBROSE

On December 23, 2013, the above-named defendant was placed on supervised release for a term of life. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Raymond M. Hess* (Digitally signed by Raymond M. Hess
Date: 2019.10.28 09:26:21 -04'00')

Raymond M. Hess
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __31st__ day of __Oct.__, 20__19__.

*Claude M. Hilton*
The Honorable Claude M. Hilton
Senior United States District Judge

**TO CLERK'S OFFICE**